**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
DULUTH SCREEN PRINTING, LLC,

                     Plaintiff,

       -against-


KORNIT DIGITAL NORTH AMERICA, INC. et al.,

                    Defendants.
------------------------------------------------------------------X

**25-CV-9441 (AT) (VF)**

**<u>ORDER</u>**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

Based on Plaintiff's representation that the Price Quotation Agreement is confidential (ECF No. 12 at 3), the Court will temporarily allow the Complaint to be filed with redactions and the Price Quotation Agreement filed at ECF No. 1-2 to remain under seal.

Upon Defendants' appearance, Defendants will be required to file a letter motion demonstrating why sealing is appropriate, making a showing under <u>Lugosch v. Pyramid Co. of Onondaga</u>, 435 F.3d 110 (2d Cir. 2006).

      **SO ORDERED.**

DATED:     December 2, 2025
            New York, New York

                                VALERIE FIGUEREDO
                                United States Magistrate Judge