**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
DULUTH SCREEN PRINTING, LLC,

                       Plaintiff,

          -against-


KORNIT DIGITAL NORTH AMERICA, INC. et al.,

                    Defendants.
-------------------------------------------------------------------X

                                 **25-CV-9441 (AT) (VF)**

                                     **ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

On December 2, 2025, the Court ordered Defendants, upon their appearance, to file a letter motion demonstrating why sealing of the Price Quotation Agreement filed at ECF No. 1-2 is appropriate, making a showing under Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). See ECF No. 20. Defendants are directed to file any sealing motion by **January 16, 2026**.

      **SO ORDERED.**

DATED:      January 8, 2026
              New York, New York

                               _____
                               VALERIE FIGUEREDO
                               United States Magistrate Judge