**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

DULUTH SCREEN PRINTING, LLC,

Plaintiff,

-against-

KORNIT DIGITAL NORTH AMERICA, INC., et al.,

Defendants.

-----------------------------------------------------------------X

**25-CV-9441 (AT) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

The parties state that their attempts to settle via mediation have failed. See ECF No. 43. The parties are directed to meet and confer and file a Proposed Case Management Plan, available at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on the docket by **August 28, 2026**. Parties who disagree about the dates or other terms of the proposed case management plan shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be filed by **August 28, 2026**.

**SO ORDERED.**

DATED: August 13, 2026
New York, New York

VALERIE FIGUEREDO
United States Magistrate Judge