USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DULUTH SCREEN PRINTING, LLC,

Plaintiff,

-against-

KORNIT DIGITAL NORTH AMERICA, INC. and KORNIT DIGITAL LTD.,

Defendants.

25 Civ. 9441 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The parties report that their attempts to settle via mediation have failed. *See* ECF No. 43. Prior to the parties' referral to the Southern District's mediation program in February 2026, the parties exchanged pre-motion letters concerning Defendants' anticipated motion to dismiss. *See* ECF Nos. 33–35.

By **August 31, 2026**, Defendants shall either state that they are relying on the letter filed at ECF No. 33 or file a revised pre-motion letter regarding their anticipated motion to dismiss. Should Defendants intend to file a revised pre-motion letter, the parties shall first exchange letters in accordance with Rule III(B)(ii) of the undersigned's Individual Practices in Civil Cases. By **September 7, 2026**, Plaintiff shall file its opposition letter, if any. Plaintiff's letter may rest on or incorporate by reference its letter filed at ECF No. 35.

The Clerk of Court is respectfully directed to lift the stay of this case.

SO ORDERED.

Dated: August 17, 2026
New York, New York

ANALISA TORRES
United States District Judge